IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TACOYA COBB, # 291274,

    Plaintiff,

v.

J. JONES, *et al.*,

    Defendants.

CASE NO. 3:18-CV-754-WKW
[WO]

## **ORDER**

On September 20, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 4.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that:

1. The Recommendation (Doc. # 4) is ADOPTED; and

2. This case is DISMISSED without prejudice for failure to pay the initial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A).

A separate Final Judgment will be entered.

DONE this 11th day of October, 2018.

                                                 /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE